UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CAIN RESTAURANT CO.,**
    Plaintiff,                    CIVIL ACTION NO. 04-CV-74239-DT
                                      HONORABLE DENISE PAGE HOOD
v.

**CARROLS CORPORATION,**
    Defendant.
_____/

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date and the Court having entered an order denying Plaintiff's Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment on its Counterclaim;

Accordingly, judgment is entered in favor of Defendant/Counter-Plaintiff and against Plaintiff/Counter-Defendant.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                  By: s/ Wm. F. LEWIS_____
                                                       Deputy Clerk

/s/ DENISE PAGE HOOD_____
DENISE PAGE HOOD
United States District Judge

DATED: March 27, 2006
Detroit, Michigan

    I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2006, by electronic and/or ordinary mail.

                                                  s/William F. Lewis_____
                                                  Case Manager